IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

THOMAS T. BOULDIN, et al.,

    Plaintiffs,

v.                                             CIVIL ACTION NO. 5:15-03830

MOUNTAIN VALLEY PIPELINE, LLC,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court are defendant's motion for leave to file supplemental response to plaintiffs' motion to remand, (Doc. No. 11), and plaintiffs' motion for leave to file reply to defendant's supplemental response to motion to remand. (Doc. No. 12). Defendant's supplemental response relies on the court's memorandum opinion and order in <u>McCurdy et al. v. Mountain Valley Pipeline</u>, Civil Action No. 1:15-cv-003833, S.D.W. Va. May 22, 2015, in which the court denied the motion to remand of similarly situated plaintiffs. The court subsequently vacated the opinion and is currently reconsidering the McCurdy plaintiffs' motion to remand.

Accordingly, defendant's motion for leave to file a supplemental response, (Doc. No. 11), is **DENIED** as moot. Correspondingly, plaintiffs' motion for leave to file a reply to defendant's supplemental response, (Doc. No. 12), is also **DENIED** as moot.

1

The Clerk is directed to send copies of this Order to counsel of record.

IT IS SO ORDERED this 19th day of June, 2015.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge